**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DR. MOHAMMED RAHIM UDDIN CHOWDHURY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:23-CV-02420-SDG-CMS |
| | ) | |
| THE BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA, | ) | |
| | ) | |
| Defendant. | | |

## DEFENDANT'S NOTICE OF NON-PARTY SUBPOENAS

Pursuant to Fed. R. Civ. P. 45(a)(4), Defendant Board of Regents of the University System of Georgia hereby gives notice of its intent to serve subpoenas upon the following non-parties, on or after June 29, 2026:

1.  Centers for Disease Control and Prevention;

2.  University of Maryland;

3.  Western Illinois University;

4.  University of Southern Mississippi; and

5.  St. Bonaventure University.

Copies of the subpoenas are attached hereto as Exhibit "1".

Respectfully submitted this 25th day of June, 2026.

**GREGORY, DOYLE, CALHOUN
& ROGERS, LLC**
*Attorneys for Defendant*

*/s/ Yosra M. Khalifa*
William P. Miles, Jr.
Georgia Bar No. 505828
***Special Assistant Attorney General***
Yosra M. Khalifa
Georgia Bar No. 547204

49 Atlanta Street
Marietta, GA 30060
Phone: 770-422-1776
wmiles@gdcrlaw.com
ykhalifa@gdcrlaw.com

2

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1B

I certify that the foregoing pleading was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1B.

*/s/ Yosra M. Khalifa*
William P. Miles, Jr.
Georgia Bar No. 505828
Yosra M. Khalifa
Georgia Bar No. 547204

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DR. MOHAMMED RAHIM UDDIN CHOWDHURY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:23-CV-02420-SDG-CMS |
| | ) | |
| THE BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA, | ) | |
| | ) | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I filed the foregoing **Defendant's**

**Notice of Non-Party Subpoenas** with the Clerk of Court using the CM/ECF system

and sent a copy via email and U.S. Mail to Plaintiff, *pro se*, at the following address:

Dr. Mohammed Rahim Uddin Chowdhury
3963 Doral Drive
Doraville, GA 30360
mohammed@gwmail.gwu.edu


*/s/ Yosra M. Khalifa*
William P. Miles, Jr.
Georgia Bar No. 505828
Yosra M. Khalifa
Georgia Bar No. 547204