**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DR. MOHAMMED RAHIM UDDIN CHOWDHURY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:23-CV-02420-SDG-CMS |
| | ) | |
| THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE TO TAKE DEPOSITION**

**TO: Dr. Mohammed Rahim Uddin Chowdhury**
**3963 Doral Drive**
**Doraville, GA 30360**

You are hereby notified, pursuant to the Federal Rules of Civil Procedure, Defendant The Board of Regents of the University System of Georgia will take the deposition of Plaintiff Dr. Mohammed Rahim Uddin Chowdhury on **Friday, July 24, 2026, at 10:00 AM EST**. The deposition will be in person and take place at 57 Waddell Street, SE, Marietta, GA 30060. This deposition will be for the purposes of discovery, cross-examination and all other purposes authorized by the Federal Rules of Civil Procedure. This deposition will be recorded by stenographic means before an officer duly authorized to administer oaths and/or a digital reporter using state-

of-the-art digital recording equipment. This deposition may also be recorded by sound and/or visual means.

Respectfully submitted this 8th day of July, 2026.

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
*Attorneys for the Defendants*

/s/ William P. Miles, Jr.
William P. Miles, Jr.
Georgia Bar No. 505828
Yosra M. Khalifa
Georgia Bar No. 547204

49 Atlanta Street
Marietta, Georgia 30060
Phone: (770) 422-1776
wmiles@gdcrlaw.com
ykhalifa@gdcrlaw.com

2

# CERTIFICATE OF COMPLAINCE WITH L.R. 5.1B

I certify that the foregoing pleading was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1B.

/s/ William P. Miles, Jr.
William P. Miles, Jr.
Georgia Bar No. 505828
Yosra M. Khalifa
Georgia Bar No. 547204

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DR. MOHAMMED RAHIM UDDIN CHOWDHURY )  )  ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:23-CV-02420-SDG-CMS |
| ) | |
| THE BOARD OF REGENTS OF THE ) UNIVERSITY SYSTEM OF ) GEORGIA, )  ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, I served the foregoing **Notice to Take**

**Deposition** via e-mail and U.S. Mail to *pro se* Plaintiff at the following addresses:

Dr. Mohammed Rahim Uddin Chowdhury
3963 Doral Drive
Doraville, GA 30360
mohammed@gwmail.gwu.edu


/s/ William P. Miles, Jr.
William P. Miles, Jr.
Georgia Bar No. 505828
Yosra M. Khalifa
Georgia Bar No. 547204